### VAL DUMAIS ET AL. *v.* DAVID UNDERWOOD ET AL.

The defendants David Underwood, Thomas Arcari, Reade Clemens, Vincent Riera, Joseph Plourde and George Fensick's petition for certification for appeal from the Appellate Court, 47 Conn. App. 783 (AC 16291), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Edward C. Krawiecki*, in support of the petition.

*Timothy C. Moynahan*, in opposition.